UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-CR-0051-HDM (VPC) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| DENNIS KELLER, | ) | |
| Defendant | ) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of June 10, 2015, DENNIS KELLER's three-year term of supervised release that commenced on June 4, 2014, is hereby reduced by one year, for a two-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: June 10, 2015.

_____
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE